MOTION DENIED
this 27th day of April, 2013

/s/ Louise W. Flanagan
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |
|---|---|
| STATE OF NORTH CAROLINA, ex rel. ROY COOPER, Attorney General<br><br>Plaintiff,<br><br>- against -<br><br>THE MCGRAW-HILL COMPANIES, INC. AND STANDARD & POOR'S FINANCIAL SERVICES LLC<br><br>Defendants. | Case No.: 5:13-CV-00163-FL |

## MOTION FOR RECONSIDERATION

For the reasons forth in the accompanying memorandum, Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC move the Court to reconsider its order (Doc. 26) denying Defendants' motion to stay all proceedings in this action until Defendants' motion to transfer this and other related cases for centralized pretrial proceedings is resolved by the Judicial Panel on Multidistrict Litigation ("JPML").

This 26th day of April, 2013.

Respectfully submitted,

/s/ J. Dickson Phillips, III
J. Dickson Phillips, III
N.C. Bar No. 8941
dphillips@rbh.com

ROBINSON BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, NC 27517
Telephone:   (919) 328-8800
Facsimile:   (919) 328-8790